EBENEZER HILL *vs.* WILLIAM I. EDWARDS.
MILDRED OGDEN HILL *vs.* WILLIAM I. EDWARDS.

Third Judicial District, Bridgeport, April Term, 1927

WHEELER, C. J., CURTIS, MALTBIE, HINMAN and WOLFE, Js.

Argued April 22d—decided June 6th, 1927.

ACTION by the plaintiff, Ebenezer Hill, upon a promissory note, and action of replevin by the plaintiff, Mildred Ogden Hill, brought to the Superior Court in Fairfield County and tried to the court, *Banks, J.;* judgment for the plaintiff in the replevin action to retain possession of the specified articles of property, and for the plaintiff in the action on the promissory note to recover $6,000 damages, and appeals by defendant.　*No error.*

*John Keogh,* for the appellant (defendant).

*Joseph R. Swan* of New York City and *James E. Brinckerhoff,* for the appellees (plaintiffs).

PER CURIAM.　The questions arising on the corrections of the finding must be determined in favor of the plaintiff in each case.　This conclusion disposes of the appeals.

There is no error.